**Opinion filed May 30, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00289-CV

_____

### IN THE ESTATE OF ARTHUR RAYMOND
### GARNER, DECEASED

**On Appeal from the County Court at Law No. 1**

**Johnson County, Texas**

**Trial Court Cause No. P200117251**

## M E M O R A N D U M   O P I N I O N

Geraldine Hutson and James R. Hutson are the Appellants in this appeal. They have filed an agreed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, Appellants state that "all matters in controversy between the parties have been fully and finally settled and compromised." Appellants ask this court to dismiss the appeal. Therefore, in accordance with Appellants' request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

May 30, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.